**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carla M. Lacombe, et al.,           )<br>                                                 )<br>                    Plaintiffs,        )<br>                                                 )<br>v.                                            )<br>                                                 )<br>Mark E. Luce, et al.,                )<br>                                                 )<br>                    Defendants.     )<br>_____) | No. CV-06-2127-PCT-SMM<br><br>**ORDER** |

      Before the Court is the parties' Joint Motion to Continue Preliminary Pretrial Conference (Dkt. 24).  The parties request that the Court continue the Preliminary Pretrial Conference set for June 11, 2008 for an additional 60 days because (a) the parties are discussing settlement or dismissal; (b) a witness must be deposed before they can agree to dismissal; and (c) they are in the process of scheduling the deposition for early July.  (Id.)  The Court will deny the request.

      Plaintiff filed the complaint in this action on September 1, 2006.  (See Dkt. 1.)  Therefore the Preliminary Pretrial Conference should have been scheduled by March 1, 2007.  See LRCiv. 16.2(b)(3)(B).  The procedural path of this case, which included a motion to dismiss (Dkt. 8) and motion to consolidate (Dkt. 20), caused the Court to defer scheduling the Preliminary Pretrial Conference.  As a result, this matter has been open for

1 | over 20 months without the benefit of a coordinated discovery plan.  Under these
2 | circumstances, the Court finds that further delay is not warranted.
3 | Accordingly,
4 | **IT IS HEREBY ORDERED** denying the parties' Joint Motion to Continue
5 | Preliminary Pretrial Conference (Dkt. 24).  The Preliminary Pretrial Conference shall go
6 | forward as scheduled on June 11, 2008 at 10:00 a.m.  The Court notes that the
7 | requirements set forth in the Order Setting Rule 16 Preliminary Pretrial Conference shall
8 | also remain in effect.  (See Dkt. 23, Order dated Apr. 14, 2008.)
9 | DATED this 4th day of June, 2008.

Stephen M. McNamee
United States District Judge