**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carla M. Lacombe, et al., | ) | No. CV-06-2127-PCT-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Mark E. Luce, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pending before the Court is the parties' Joint Motion for Extension of Time to File Proposed Case Management Plan (Dkt. 26).  A scheduling conference was not held in this case, as the parties agreed to a stay of this action pending the outcome of the case in Nevada, and the Court set a status conference for January 12, 2009.  (See Dkt. 28.)

Accordingly,

**IT IS HEREBY ORDERED** denying as moot the parties' Joint Motion for Extension of Time to File Proposed Case Management Plan (Dkt. 26).

DATED this 24th day of July, 2008.

Stephen M. McNamee
United States District Judge