**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carla M. Lacombe, et al., | No. CV 06-2127-PCT-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Mark E. Luce, M.D., et al., | |
| Defendants. | |

The Court having received the Stipulation to Dismiss With Prejudice filed by the parties (Dkt. 30),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

DATED this 5th day of November, 2008.

Stephen M. McNamee
United States District Judge